IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWAYNE STOVALL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-025
)
ADMINISTRATOR DUNCAN, CAPTAIN )
BOYD, LT. MARKHAM, SGT. )
DONALDSON, SGT. LONG, MRS. )
PITTMAN, CHARLES WOODALL, and )
PAUL SIKES, )
)
    Defendants. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 12). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendants Boyd, Markham, Donaldson, Long, and Sikes are **DISMISSED** from this case.

SO ORDERED this 3RD day of MARCH 2014.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA