IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWAYNE STOVALL,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CASE NO. CV413-025
                                         )
ADMINISTRATOR DUNCAN, MRS.               )
PITTMAN, and CHARLES WOODALL,            )
                                         )
        Defendants.                      )
                                         )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 40), to which objections have been
filed (Doc. 44). After a careful de novo review of the
record, the Court finds Plaintiff's objections to be
without merit. Accordingly, the report and recommendation
is **ADOPTED** as the Court's opinion in this case and
Defendants' Motion for Summary Judgment (Doc. 28) is
**GRANTED**. As a result, Plaintiff's complaint is **DISMISSED**
**WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close
this case.

In his objections, Plaintiff fails to offer any
argument that Defendants' alleged decision to withhold his
CD-ROM disks and copies of Smooth magazine was not
rationally related to a legitimate penological interest.
See Turner v. Safley, 482 U.S. 78, 88 (1987). Moreover,

even assuming that Defendants' actions violated Plaintiff's First Amendment rights, Plaintiff has not shown that such a right was clearly established at the time of the alleged violations. See Stauffer v. Gearhart, 741 F.3d 574, 584-87 (5th Cir. 2014). Accordingly, Defendants would be entitled to qualified immunity with respect to Plaintiff's claims. See Pearson v. Callahan, 555 U.S. 223, 232 (2009). In any event, the Court agrees with the Magistrate Judge that Defendants' are entitled to summary judgment and Plaintiff's complaint must be dismissed.

SO ORDERED this 7th day of July 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA